# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **DOMINIC PONTELLO** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No. 4:18-CV-02144-SPM** |
| v. | ) |
| | ) |
| **NAVIENT SOLUTIONS, LLC** | ) |
| | ) |
| **Defendant.** | ) |

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED that this action against Defendant should be dismissed with prejudice, each party to bear its own costs.


Dated: February 18, 2019

Respectfully Submitted,

**PONTELLO & BRESSLER, LLC**

  /s/ Isaac J. Bressler
ISAAC J. BRESSLER #66379
406 Boones Lick Rd.
St. Charles, Missouri 63301
(636) 896-4170
(636) 246-0141 facsimile

*Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 18th day of February 2019, the foregoing was filed electronically and served upon counsel of record via the Court's ECF filing system.

*/s/ Isaac J. Bressler*
Isaac J. Bressler
